**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MELINDA HARRIS**

**v.** **C.A. No. 08-229**

**ACADEMIC ENTERPRISES, INC.,**
**d/b/a The Sawyer School**

## NOTICE OF APPEARANCE

Now comes the undersigned, Daniel K. Kinder and the law firm of Little Medeiros Kinder Bulman & Whitney, P.C., and hereby enter their appearance for the Defendant, Academic Enterprises, Inc., d/b/a The Sawyer School.

/s/ Daniel K. Kinder

Daniel K. Kinder #2151
Little Medeiros Kinder Bulman & Whitney PC
72 Pine Street
Providence, RI 02903
dkinder@lmkbw.com
(401) 272-8080
(401) 272-8195-FAX

## CERTIFICATION

I hereby certify that on June 18, 2008, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by e-mail or to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Stephen T. Fanning stephenfanning@msn.com

/s/ Daniel K. Kinder

O:\DKK\Sawyer\Harris\Notice of Appearance.doc