UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Melinda Harris,
**Plaintiff**
v.

C.A. NO. 08-229

Academic Enterprises Inc., d/b/a The
Sawyer School
**Defendant**

**STIPULATION**

The undersigned attorney, Daniel Kinder, counsel to the Defendant in the above-captioned matter, stipulates that he will accept service of the Complaint on behalf of the Defendant Academic Enterprises, Inc., d/b/a The Sawyer School, and has represented that he has been authorized by the above-referenced Defendant to do so.

Respectfully Submitted,
Counsel for the Defendant,
Daniel Kinder, Esq. (#2151)
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street, 5th Floor
Providence, RI 02903

Service Accepted On: 6/18/08

/s/ Daniel K. Kinder

Counsel for the Plaintiff,
Stephen T. Fanning, Esq. (#3900)
30 South Main Street
Providence, RI 02903

/s/ Stephen T. Fanning