**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MELINDA HARRIS** **C.A. No. 08-229**

**v.**

**ACADEMIC ENTERPRISES, INC.**
**d/b/a The Sawyer School**

## STIPULATION TO FILE ANSWER OUT OF TIME

The parties in the above action have agreed to extend the time for the Defendant to file an Answer to the above-referenced Complaint, until September 8, 2008, because they are in active settlement discussions. Attached hereto is correspondence, entitled "Exhibit A" and "Exhibit B" confirming this agreement.

Respectfully submitted,

/s/ Sara A. Rappport
Daniel K. Kinder #2151
Sara A. Rappport #6184
Little Medeiros Kinder Bulman & Whitney PC
72 Pine Street
Providence, RI 02903
srapport@lmkbw.com
(401) 272-8080
(401) 272-8195 FAX

**CERTIFICATION**

I hereby certify that on August 6, 2008, a copy of the foregoing Stipulation to File Answer Out of Time was filed electronically. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system, or by e-mail or to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Stephen T. Fanning stephenfanning@msn.com

/s/ Sara A. Rapport