# EXHIBIT A

TTLE MEDEIROS KINDE
BULMAN & WHITNEY PC

*Attorneys*

Christopher H. Little *
Matthew F. Medeiros *
Daniel K. Kinder *
John E. Bulman *
Christopher C. Whitney *
Henry R. Kates *
Sara A. Rapport *
Scott K. Pomeroy *
Laura J. Bottaro *
Michael D. Williams *
R. Thomas Dunn *
Justin S. DuClos *

John D. Deacon, Jr. *
Michael W. Carroll *
*Of Counsel*

William R. Powers III
(1931-1998)

Thomas C. Keeney
(1946-1999)

*Also admitted in Massachusetts

July 2, 2008

Stephen T. Fanning, Esq.
The Law Office of Stephen Thomas Fanning
305 South Main Street
Providence, Rhode Island 02903

Re: Harris v. Academic Enterprises, Inc., No. 08-228

Dear Steve:

As we discussed today, you have agreed to an enlargement of time of thirty (30) days, to August 7, 2008, for the Defendant to file an Answer in the above-referenced matter.

We look forward to receiving your counter-proposal for settlement, as early as tomorrow or by Monday of next week.

Thank you for your cooperation.

Sincerely yours,

Sara Rapport

Sara A. Rapport

cc: Dan Kinder, Esq.

O:\DKK\Sawyer\Harris\Ltr Fanning re EOT Answer.doc