# EXHIBIT B

LITTLE MEDEIROS KINDER
BULMAN & WHITNEY PC

*Attorneys*

Christopher H. Little *
Matthew F. Medeiros *
Daniel K. Kinder *
John E. Bulman *
Christopher C. Whitney *
Sara A. Rapport *
Scott K. Pomeroy *
Laura J. Bottaro *
Michael D. Williams *
R. Thomas Dunn *
Justin S. DuClos *

John D. Deacon, Jr. *
Michael W. Carroll *
*Of Counsel*

William R. Powers III
(1931-1998)

Thomas C. Keeney
(1946-1999)

*Also admitted in Massachusetts

August 5, 2008

Stephen Fanning, Esq.
The Law Office of Stephen Thomas Fanning
305 South Main Street
Providence, Rhode Island 02903

**Re: Harris v. Academic Enterprises, Inc., No. 08-228**

Dear Steve:

I received a message today from Brie G. Fanning-DiLibero confirming agreement to a one-month extension of time for the Defendant to file an Answer in the above-referenced matter. The purpose of this enlargement of time is to pursue settlement discussions, which are active. The new date for filing will be September 8, 2008.

With your agreement, I also am intending to file a Notice with the Court advising of the above stipulation. Kindly call to confirm your agreement with such filing.

Thank you for your cooperation.

Sincerely yours,

Sara A. Rapport

cc: Dan Kinder, Esq.

72 Pine Street Providence, RI 02903 (401) 272-8080 fax (401) 521-3555
One Canal Park, Suite 200 Cambridge, MA 02141 (617) 494-8070
www.lmkbw.com