UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**MELINDA HARRIS**                              **C.A. No. 08-229**

**v.**

**ACADEMIC ENTERPRISES, INC.**
d/b/a The Sawyer School

## STIPULATION TO FILE ANSWER OUT OF TIME

The parties in the above action have agreed to extend the time for the Defendant to file an Answer to the above-referenced Complaint until October 8, 2008. They are continuing to engage in productive settlement discussions.

                      Respectfully submitted,

                      /s/ Sara A. Rapport
                      Daniel K. Kinder #2151
                      Sara A. Rapport #6184
                      Little Medeiros Kinder Bulman & Whitney PC
                      72 Pine Street
                      Providence, RI  02903
                      srapport@lmkbw.com
                      (401) 272-8080
                      (401) 272-8195 FAX

## **CERTIFICATION**

      I hereby certify that on September 9, 2008, a copy of the foregoing Stipulation to File Answer Out of Time was filed electronically.  Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system, or by e-mail or to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Stephen T. Fanning                      stephenfanning@msn.com

                                          /s/ Sara A. Rapport
                                          _____

O:\DKK\Sawyer\Harris\Stip to File Ans Out of Time.doc